

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00061-CV

In the Matter of the Marriage of Santos Valentin Ramos and Taylor Leann Shafer

On Appeal from the
377th District Court of Victoria County, Texas
Trial Court Cause No. 20-01-85376-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

May 4, 2023